Anthony H. Handal (*Pro Hac Vice*)
David M. Dushane (SBN 222421)
**HANDAL & MOROFSKY, LLC**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Telephone: (310) 424-5117
Email:   dushane@HandalGlobal.com
         handal@HandalGlobal.com

*Attorneys for Plaintiff Chang Hsueh-O-Hsu*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG HSUEH-O HSU, | |
| Plaintiff, | |
| v. | Case No: 2:13-cv-08248-RGK-E |
| THORSON TOOL COMPANY, INC., U.S. HOLDINGS COMPANY, INC., HARBOR FREIGHT TOOLS USA, INC., and JOHN DOES 1-10, | [~~PROPOSED~~] ORDER FOR ENTRY OF A PROTECTIVE ORDER PURSUANT TO THE STIPULATION OF ALL PARTIES |
| Defendants. | |

1  The Court, having reviewed the stipulation of the parties hereto by and through
2  their counsel of record herein for entry of a protective order (the "Stipulation") in the
3  form set forth therein , hereby enters the language of the Stipulation [without change] as
4  the operative protective order in this action.
5  [~~OR SUBJECT TO THE FOLLOWING CHANGES THERETO:~~

_____

_____

_____

_____

_____

_____

_____

_____

_____.]

IT IS SO ORDERED.

3/5/14
Dated

Hon. ~~R. Gary Klausner~~ ChARles F. Eick
United States ~~District Judge~~
MAgistRAte Judge