| | |
|---|---|
| 1 | Steven M. Nakasone (SBN 66962) |
| 2 | Sabina A. Helton (SBN 150976)<br>PARKER, MILLIKEN, CLARK, |
| 3 | O'HARA & SAMUELIAN<br>A Professional Corporation |
| 4 | 555 S. Flower St., 30th Floor |
| 5 | Los Angeles, California 90071-2440<br>Telephone: (213) 683-6500 |
| 6 | Facsimile: (213) 683-6669<br>shelton@pmcos.com |
| 7 | snakasone@pmcos.com |
| 8 | Attorneys for Defendant |
| 9 | THORSEN TOOLS, INC.<br>(Erroneously sued as THORSEN TOOL |
| 10 | COMPANY, INC.) |

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | CHANG HSUEH-O HSU, | Case No. 2:13-cv-08248-RGK-E |
| 14 | Plaintiff, | |
| 15 | v. | DEFENDANT THORSEN TOOLS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED ON NON-INFRINGEMENT AND INVALIDITY |
| 16 | THORSEN TOOL COMPANY, INC., U.S. HOLDINGS | |
| 17 | COMPANY, INC., HARBOR FREIGHT TOOLS USA, INC., | |
| 18 | AND JOHN DOES 1-10 | Judge: Hon. R. Gary Klausner |
| 19 | Defendants. | Date: September 8, 2014<br>Time: 9:00 a.m. |
| 20 | | Courtroom: 850 |
| 21 | | Action Filed: July 17, 2013 |
| 22 | | Trial Date: October 21, 2014 |

23

24 **TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

25    PLEASE TAKE NOTICE that on September 8, 2014, at 9:00 a.m., or as soon

26 thereafter as the matter may be heard in Courtroom 850, located at 312 North

27 Spring Street, Los Angeles, California 90012, the Honorable R. Gary Klausner

28 presiding, defendant Thorsen Tools, Inc. ("Thorsen") will move this Court pursuant

1  to Rule 56 of the Federal Rules of Civil Procedure, for Summary Judgment
2  dismissing Counts one, two, three and four of plaintiff's Complaint. The alleged
3  infringing devices do not infringe plaintiff's patents and plaintiff's patents are
4  invalid.

5      PLEASE TAKE FURTHER NOTICE that this Motion for Summary
6  Judgment is based upon this Notice and the concurrently filed (1) Memorandum of
7  Law, (2) Declaration by James C. Holcomb, Jr., (3) Declaration of Wes Harmelink,
8  (4) Declaration of Steven M. Nakasone, (5) Statement of Uncontroverted Facts and
9  Conclusions of Law, (6) [Proposed] Order granting Motion for Summary Judgment,
10 (7) [Proposed] Judgment and (8) such further arguments and evidence as Thorsen
11 may submit with its Reply or as the Court may consider at the hearing of this
12 motion.

13     This motion is made following the July 31 and August 1, 2014 conferences
14 of counsel pursuant to L.R. 7-3.

16 DATED: August 6, 2014        Respectfully submitted,

18     By: /s/ Steven M. Nakasone
      Steven M. Nakasone (SBN 66962)
      (snakasone@pmcos.com)
      Sabina A. Helton (SBN 150976)
      (shelton@pmcos.com)
      PARKER, MILLIKEN, CLARK,
      O'HARA & SAMUELIAN, APC
      555 So. Flower Street, 30th Floor
      Los Angeles, CA  90071-2440
      Telephone:  (213) 683-6500
      Facsimile:  (213) 683-6669

*Attorneys for Defendant*
THORSEN TOOLS, INC.
(Erroneously sued as THORSEN TOOL COMPANY, INC.)

PARKER MILLIKEN
CLARK O'HARA &
SAMUELIAN, A
PROFESSIONAL
CORPORATION
429818.1

- 2 –
DEFENDANTS' NOTICE OF MOTION AND
MOTION FOR SUMMARY JUDGMENT BASED ON NON-INFRINGEMENT AND INVALIDITY