JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG HSUEH-O HSU,<br><br>    Plaintiff,<br><br>  v.<br><br>THORSEN TOOL COMPANY, INC., U.S. HOLDINGS COMPANY, INC., HARBOR FREIGHT TOOLS USA, INC., and JOHN DOES 1-10,<br><br>    Defendants. | Case No. 2:13-cv-08248-RGK-E<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Assigned for All Purposes to the Hon. R. Gary Klausner<br><br>Action Filed: July 17, 2013<br>Trial Date: November 18, 2014 |

PURSUANT TO THE STIPUALTION OF DISMISSAL FILED BY THE PARTIES HERETO, IT IS HEREBY ORDERED THAT all of Plaintiff Chang Hsueh-O Hsu claims and all of Defendant Harbor Freight Tools USA, Inc.'s counterclaims in this action are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure, with each party to bear its own costs, including attorneys' fees.

IT IS SO ORDERED:

November 24, 2014

*/s/ Gary Klausner*
_____
R. Gary Klausner
United States District Judge